# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV, LLC, | Civil Action No. 23-CV-2221-PAC |
| Plaintiff, | |
| v. | NOTICE OF MOTION |
| NEXSTAR MEDIA GROUP, INC.; MISSION BROADCASTING, INC.; and WHITE KNIGHT BROADCASTING, INC. | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Chris Schwegmann and the exhibits thereto, both dated June 26, 2023, and the Complaint in this action (Dkt. No. 1), Defendants Nexstar Media Group, Inc., Mission Broadcasting, Inc., and White Knight Broadcasting, Inc., by their attorneys, will move this Court, before the Honorable Paul A. Crotty, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14C, New York, New York, as soon as counsel may be heard, for an order pursuant to Rules 12(b)(1) & 12(b)(6) of the Federal Rules of Civil Procedure dismissing all causes of action in the Complaint, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date:  Dallas, Texas
       June 26, 2023

LYNN PINKER HURST & SCHWEGMANN

By: s/ *[signature]*
    Chris Schwegmann

Chris Schwegmann
LYNN PINKER HURST & SCHWEGMANN
2100 Ross Avenue Suite 2700
Dallas, Texas 75201
Tel: (214) 981-3835
cjs@lynnllp.com

David W. Haller
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 841-1000
dhaller@cov.com

*Attorneys for Nexstar Media Group, Inc.*

s/ Kan M. Nawaday[*]

Kan M. Nawaday
Anna G. Dimon
151 West 42nd Street, 49th Floor
New York, New York 10036
KMNawaday@Venable.com
AGDimon@Venable.com
Tel.: (212) 307-5500
Fax: (212) 307-5598

Craig A. Gilley (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
CAGilley@Venable.com

---

[*] Signature used pursuant to SDNY ECF Rule 8.5(b).

2

Elizabeth C. Rinehart (admitted *pro hac vice*)
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel.: (410) 528-4646
Fax: (410) 244-7742
ECRinehart@Venable.com
*Attorneys for White Knight Broadcasting, Inc.*

<u>s/ Stephen J. Obermeier</u>*

Stephen J. Obermeier (admitted *pro hac vice*)
WILEY REIN LLP
2050 M St NW
Washington, DC 20036
Tel: 202.719.7000
SObermeier@wiley.law

*Attorneys for Mission Broadcasting, Inc.*

To:

Glen G. McGorty
Olivier N. Antoine
Jared Levine
CROWELL & MORING LLP
590 Madison Ave., 20th Floor
New York, New York 10022
(212) 223-4000
gmcgorty@crowell.com
oantoine@crowell.com
jalevine@crowell.com

Jason C. Murray
Jordan L. Ludwig
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750
jmurray@crowell.com
jludwig@crowell.com

*Attorneys for DIRECTV, LLC.*