# LYNN PINKER HURST SCHWEGMANN

CHRIS SCHWEGMANN
*Partner*

D 214 981 3835
F 214 981 3839
cjs@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

6/29/2023

The Motion to file the memo partially under seal is granted.

So ordered.
Paul A. Crotty
USDJ

June 26, 2023

**Via ECF and First Class U.S. Mail**
Honorable Judge Paul A. Crotty
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   1:23-cv-02221 (PAC); *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*

Dear Judge Crotty:

We represent Defendant Nexstar Media Group, Inc. and write on behalf of the Defendants in this matter. Pursuant to Rule 7 of Your Honor's Individual Practices, we file this Unopposed Motion to Seal certain portions of the contemporaneously filed Memorandum of Law in Support of Motion to Dismiss the Complaint. Per Rule 7 of the Individual Practices, Defendants have publicly filed a version of the Memorandum with the proposed redactions and have also filed an unredacted version of the Memorandum under seal with the proposed redactions highlighted.

DIRECTV, LLC's Complaint was filed partially under seal, with certain passages reflecting or discussing contractual provisions redacted within the public version of the pleading. *See* Redacted Compl., ECF No. 1. Defendants' Memorandum directly references those contractual provisions. Thus, in an effort to maintain consistency with the treatment of information placed under seal by Plaintiff, Defendants have redacted passages reflecting or discussing those