**VENABLE** LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

October 3, 2023

Kan M. Nawaday

T 212.370.6240
F 212.218.2200
KMNawaday@Venable.com

**By ECF & Federal Express**

Hon. Paul A. Crotty
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Chambers 1350
New York, New York 10007

Re:   *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, Case No. 23-cv-02221-PAC

Dear Judge Crotty,

White Knight Broadcasting, Inc. ("White Knight") submits this letter in light of Nexstar Media Group Inc.'s ("Nexstar") letter dated October 3, 2023. (Docket No. 69). In that letter, Nexstar informed the Court that it recently executed a retransmission consent agreement ("RCA") with DIRECTV. We write to inform the Court that, unlike Nexstar, White Knight has no current RCA with DIRECTV.

DIRECTV let its RCA with White Knight expire in October 2022. (*See* Def. Mem. of Law in Support of Mot. to Dismiss Compl., Docket No. 53 at 4). For this reason, and the reasons articulated in Nexstar's letter, the Defendants' arguments concerning DIRECTV's lack of standing remain unchanged as to White Knight.

Respectfully submitted,

*/s/ Kan M. Nawaday*

Kan M. Nawaday

cc:   All Counsel of Record (via ECF)

1