Stephen J. Obermeier
202.719.7465
sobermeier@wiley.law

**wiley**

Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel:  202.719.7000

wiley.law

October 4, 2023

**VIA ECF**

The Honorable Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

**Re:**   *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, Case No. 23-cv-2221-PAC

Dear Judge Crotty:

      We write on behalf of Defendant Mission Broadcasting, Inc. ("Mission") concerning the October 3, 2023 letter submitted by Defendant Nexstar Media Group, Inc. ("Nexstar").  Dkt No. 69.  Mission states that, for its part, the allegations and arguments at issue in the pending Motions to Dismiss remain unchanged as to Mission.

Respectfully Submitted,

*/s/ Stephen J. Obermeier*

Stephen J. Obermeier

cc:      All Counsel of Record (by ECF)