# Crowell

| | |
|---|---|
| **Olivier N. Antoine** | Crowell & Moring LLP |
| OAntoine@crowell.com | 590 Madison Ave., 20th Floor |
| (212) 803-4022  direct | New York, NY 10022 |

March 7, 2024

<u>VIA ECF ONLY</u>
Honorable P. Kevin Castel
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>*DIRECTV, LLC v. Nexstar Media Group, Inc.*</u>, No. 1:23-cv-02221-PKC

Dear Judge Castel:

We represent plaintiff DIRECTV LLC ("DIRECTV") in the above-referenced matter. In accordance with Your Honor's Individual Practices in Civil Cases § 3.F, we write to respectfully request oral argument on Defendants' pending motion to dismiss. There is currently no conference scheduled before the Court.

By way of background, DIRECTV filed this action on March 15, 2023. On June 6, 2023, a pre-motion conference was held where Judge Crotty (i) set a motion schedule on Defendants' forthcoming motion to dismiss and (ii) stayed discovery pending resolution of the motion to dismiss. The motion was fully briefed as of July 24, 2023, no oral argument has been set, and discovery has remained stayed. On January 18, 2024, at Judge Crotty's request, certain contracts referenced in the motions to dismiss were submitted to the Court under seal. By order dated February 28, 2024, this matter was transferred from Judge Crotty to this Honorable Court.

We thank you for your attention to this matter.

Respectfully submitted,

*/s/ Olivier N. Antoine*
Olivier N. Antoine

Cc: All counsel of record (via ECF only)