UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECTV, LLC,

       *Plaintiff,*

    v.

NEXSTAR MEDIA GROUP, INC.;
MISSION BROADCASTING, INC.; and WHITE
KNIGHT BROADCASTING, INC.,

       *Defendants.*

. 23-cv-2221 (PKC)

SCHEDULING ORDER

---

This Scheduling Order is entered by the Court, pursuant to Rule 16, after consulting the parties and receiving their written submissions. The following is Ordered:

1.     This Scheduling Order may be modified only in accordance with Rule 16(b)(4), Fed. R. Civ. P. Counsel for the parties shall read and comply with the Local Civil Rules of this District and this Court's Individual Practices.

2.     This case is to be tried to a jury.

3.     Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed within: 30 days from the date of this Order.

4.     Initial disclosures, pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be served not later than 14 days from the date of this Order.

5.     All fact discovery of parties and non-parties, except depositions and requests to admit, shall be completed no later than November 6, 2026. All other discovery is stayed until dates to be set at the next conference scheduled for November 12, 2026. All document discovery shall be conducted in good faith on a rolling basis.

6.     The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery described in paragraph 5 is completed by the date set forth in paragraph 5 above:

-2-

    a.       Initial requests for production of documents to be served by April 10, 2026.

    b.       Interrogatories permitted by Local Civil Rule 33. (a) not to exceed 15 may only be served by April 24, 2026.

    c.       A deposition schedule shall be presented to the Court 5 days before the next conference. The presumptive number and time limits on depositions in the Federal Rules of Civil Procedure apply; any proposal for a variation must be on a witness by witness basis with a particularized showing of need.

    d.       Requests to Admit are stayed pending further Order.

7.      A proposed expert discovery schedule shall be submitted to the Court to be 5 days in advance of the next conference and shall extend no longer than 60 days from the close of depositions.

8.      All motions and applications shall be governed by the Court's Individual Practices, including pre-motion letter requirements, except that motions in limine may be made without a premotion conference ona schedule to be set by the Court . Pursuant to the authority of Rule 16(c)(2), Fed. R. Civ. P., any motion for summary judgment will be deemed untimely unless a Pre-Motion Letter relating thereto is filed no later than fourteen (14) days after the date set by the Court for the close of fact discovery.

9.      a. Counsel for the parties are discussing the retention of a privately retained mediator.

-3-

      b.     The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

10.     The Final Pretrial Submission Date will be set by the Court. By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions in limine shall be filed after the close of discovery but sufficiently before the Final Pretrial Submission Date to allow all briefing by all parties by the Final Pretrial Submission date; the Pre-Motion Letter requirement is waived for any such motion in limine. Proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P.

11.     Counsel for the parties have conferred and their present best estimate of the length of trial is 2 weeks.

12.     The next Case Management Conference is scheduled for November 12, 2026 at noon in Courtroom 11D.

-4-

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as noted in paragraph 6) shall be made in a written application in accordance with the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

P. Kevin Castel
United States District Judge

Dated:    New York, New York
          March 26, 2026