UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIRECTV, LLC,

    Plaintiff,

        - against -

NEXSTAR MEDIA GROUP, INC., et al.

    Defendants.

No. 1:23-CV-02221

### MOTION FOR ANNA G. DIMON TO WITHDRAW AS COUNSEL OF RECORD FOR WHITE KNIGHT BROADCASTING, INC.

Pursuant to Rule 1.4(b) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney Anna G. Dimon, of the law firm Venable LLP, moves to withdraw as attorney of record in the above-referenced action for Defendant White Knight Broadcasting, Inc. ("White Knight"), on the grounds that Ms. Dimon is leaving her employment with Venable LLP. Venable LLP, by and through the remaining attorneys of record identified on ECF for this matter, has and will continue to represent White Knight in this action. Anna G. Dimon respectfully requests that this Court grant this Motion for Withdrawal.

Dated: May 4, 2026

Respectfully Submitted,

   /s/    *Anna G. Dimon*____
Ann G. Dimon
Venable LLP
151 W. 42nd Street, 49th Floor
New York, New York 10036
T: (212) 307-5500
AGDimon@Venable.com

**SO ORDERED:**

_____
Hon. P. Kevin Castel