# King & Spalding

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, New York 10104

June 12, 2026

**VIA ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, No. 1:23-cv-02221-PKC

Dear Judge Castel:

I write on behalf of Plaintiff DIRECTV, LLC ("DIRECTV") regarding the proposed Civil Case Management Plan and Scheduling Order in the above-captioned matter. DIRECTV has reached agreement with Defendants Nexstar Media Group, Inc. Mission Broadcasting, Inc., and White Knight Broadcasting, Inc. (together, "Defendants") on the terms of a proposed protective order and ESI protocol to govern discovery in the matter, which are attached hereto as Exhibit A and Exhibit B.

Section 7.1 of the stipulated protective order, which governs the procedure for filing of protected material in this Court, conforms to the language set forth in Rule 4 of this Court's Individual Practices in Civil Cases. Given the volume of discovery material that the parties expect to be subject to the protective order, however, DIRECTV proposes to shorten the Court's 14-day notice period to align with the Court's default schedule for Discovery Disputes under Rule 3.B of the Court's Individual Practices in Civil Cases, and provide for more efficient resolution of any discovery disputes, in the event protected material is relevant to the Court's consideration of those disputes.

Specifically, DIRECTV proposes amending Section 7.1 of the protective order as follows:

> Notwithstanding any other provision, no document may be filed with the Clerk under seal without a further Order of this Court addressing the specific documents or portions of documents to be sealed. Any application to seal shall be accompanied by an affidavit or affidavits and a memorandum of law, demonstrating that the standards for sealing have been met and specifically addressing the applicability of *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-120 (2d Cir. 2006) and any other controlling authority. Unless otherwise ordered, a Party seeking to file an opposing Party's Confidential Information shall so advise the opposing Party fourteen (14) days in advance **(or two (2) days in advance for filings made**

June 12, 2026
Hon. P. Kevin Castel
Page 2

**in connection with Discovery Disputes under Rule 3.B of the Court's Individual Practices in Civil Cases)** specifying the precise portion of the information the Party seeks to use, the general purpose thereof and any redactions to which the Party does not object. Within seven (7) days thereafter **(or one (1) day thereafter for filings made in connection with Discovery Disputes under Rule 3.B of the Court's Individual Practices in Civil Cases)**, the Party whose Confidential Information is sought to be used may make an application to seal in accordance with this Paragraph of this Order, indicating the portion or portions of the information it seeks to have sealed. Nothing herein is intended to alter or modify the applicability of Rule 5.2, Fed. R. Civ. P., to this case. The redactions expressly authorized by Rule 5.2 may be made without further application to the Court.

Defendants do not take a position on this request. Should the Court grant DIRECTV's request to modify Section 7.1, DIRECTV will submit a revised proposed protective order.

Respectfully submitted,

By:    /s/ *Laura Harris*
       Olivier Antoine
       Laura Harris
       Joshua Hazan
       Sean Murray
       King & Spalding LLP
       1290 Avenue of the Americas, 14th Fl.
       New York, NY 10104
       Tel: (212) 556-2100
       Fax: (212) 556-2222
       oantoine@kslaw.com
       lharris@kslaw.com
       jhazan@kslaw.com
       smurray@kslaw.com

       *Attorneys for Plaintiff DIRECTV, LLC*