UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                :

DIRECTV, LLC,                            :
                                :

                *Plaintiff*,     :
                                :          23-cv-2221 (PKC)

    *-against-*                 :
                                :

NEXSTAR MEDIA GROUP, INC.,   :     <u>ORDER</u>
MISSION BROADCASTING, INC. and  :
WHITE KNIGHT BROADCASTING, INC.,  :
                                :
                                :
             *Defendants*.   :
-----------------------------------------------------------X

CASTEL, Senior District Judge.

        Plaintiff DirecTV seeks to compel full production of all documents responsive to Request for Production ("RFP") No. 7 by defendants.  The request relates to dealings between defendants and Eric Sahl, a non-party.  Defendants argue that the request is overbroad because it relates to all communications between Sahl and defendants regardless of subject matter.

        The Complaint's description of the alleged conspiracy places Sahl at the central point: ". . . Nexstar has orchestrated a common third party—'independent' consultant Eric Sahl—to be the exclusive and common negotiator and spokesperson for all of its sidecars, including Mission and White Knight." (Compl. ¶11.)  The nature of any other relationship between Sahl and Nexstar or between Sahl and the side cars may have a direct bearing on the strength of the inference of an unlawful conspiracy. In their opposition, defendants do not set out other ordinary course of dealings unrelated to negotiation of retransmission consent agreements in which Sahl's services were used by Nexstar or the sidecars.

1

2

The Court will require defendants to produce all non-privileged, non-work product documents responsive to RFP No. 7 by July 24, 2026,  logging by that date any document  withheld on the ground of privilege in accordance with Local Civil Rule 26.2.

The Clerk shall terminate the letter motion at ECF 110.

SO ORDERED.

Dated: New York, New York
         June 22, 2026

_____
P. KEVIN CASTEL
United States District Judge

2