UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DIRECTV, LLC,

Plaintiff,

- against -

NEXSTAR MEDIA GROUP, INC., MISSION BROADCASTING, INC., and WHITE KNIGHT BROADCASTING, INC.,

Defendants.

-------------------------------------------------------------X

23-CV-2221 (PKC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on August 12, 2026 via Microsoft Teams:

1. By **August 14, 2026**, Plaintiff shall identify to Defendants in writing the categories and systems for which DirecTV has structured data in its possession, custody, or control, and for each such category or system will provide: the earliest time from which the data is available; and, if there is any objection to producing data from any portion of the period between 2006-2019, the basis for that objection, including a description of any asserted burden.

2. By **August 14, 2026**, Plaintiff shall also identify to Defendants in writing any periodic reports, memoranda, or analyses generated on and addressing the information sought by Defendants, and for each such type of report, memorandum, or analysis shall provide: a general description; the time period(s) during which such type of report, memorandum, or analysis was produced and maintained; the time period for which DirectTV is willing to produce such reports, memoranda, or analyses; and the basis for objecting to production for any other time from 2006 or later, including a description of any asserted burden.

3. By **August 14, 2026**, Nexstar shall notify DirecTV in writing whether there are any impediments to producing all Sahl-related texts by August 31, 2026, and, if so, the parties shall meet and confer to arrive at a date for completion of their production.

4. By **August 31, 2026**, Nexstar shall complete production of all Sahl-related documents, subject to any later date that may be necessitated for production of texts as per paragraph number 3 above.

5. By **September, 4, 2026**, the parties shall produce final privilege logs.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 119.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2026
New York, New York

Copies transmitted this date to all counsel of record.