**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIRECTV, LLC<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.; MISSION BROADCASTING, INC.; and WHITE KNIGHT BROADCASTING, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-02221-PKC-RWL |

**<u>PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*</u>**

Patrick Griffo has made a written motion for admission to practice pro hac vice. Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Alabama and that his contact information is as follows:

Patrick Griffo
WILEY REIN LLP
2050 M Street NW
Washington, D.C. 20036
Tel. (202) 719-9087
pgriffo@wiley.law

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Mission Broadcasting, Inc. in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

DATED: August 14, 2026
New York, NY

Hon. Robert W. Lehrburger
United States Magistrate Judge