**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DIRECTV, LLC,

Plaintiff,

v.

NEXSTAR MEDIA GROUP, INC.; MISSION BROADCASTING, INC.; and WHITE KNIGHT BROADCASTING, INC.

Defendants.

Civil Action No. 1:23-cv-02221-PKC-RWL

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Gloria Jones-Walker for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the State Bar of Texas; and that her contact information is as follows:

Gloria Jones-Walker
Texas State Bar No. 24138638
gjones-walker@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 - Telephone

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Nexstar Media Group, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Gloria Jones-Walker is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 14, 2026
New York, NY

Robert W. Lehrburger
United States Magistrate Judge