**KING & SPALDING**

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

September 23, 2026

**VIA ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, No. 1:23-cv-02221-PKC

Dear Judge Castel:

On behalf of Plaintiff DIRECTV, LLC ("DIRECTV"), I write to seek clarification of the Court's September 22, 2026 Order, *see* ECF No. 151 (the "Order"), denying Defendants' request to move for partial judgment on the pleadings. The Order allows DIRECTV to "file a Rule 15(c) motion within ten days," ECF No. 151 at 2, but quotes Federal Rule of Civil Procedure 15(d) ("[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented"). DIRECTV has proposed to file a supplemental pleading pursuant to Rule 15(d), *see* ECF No. 150 at 4–5.

DIRECTV accordingly requests clarification regarding the motion authorized by the Order and proposes to file its motion pursuant to Rule 15(d).

File under Rule 15(d).
SO ORDERED
[signature], USDJ
9-24-26

Respectfully submitted,

*/s/ Laura Harris*
Laura Harris
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
lharris@kslaw.com

*Counsel for Plaintiff DIRECTV, LLC*

Cc: All Counsel of Record (via ECF)