UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTV, LLC,<br>Plaintiff,<br>- against -<br><br>NEXSTAR MEDIA GROUP, INC., MISSION BROADCASTING, INC., and WHITE KNIGHT BROADCASTING, INC.,<br><br>Defendants. | 23-CV-2221 (PKC) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court agrees with Defendants' proposal at Dkt. 173 that a comprehensive post-motion sealing procedure is sensible and efficient. Accordingly, with respect to Plaintiff's motion to compel (Dkt. 155), the materials filed under seal by either party shall remain under seal pending further order; the deadlines under Paragraphs B.3 and B.4 of the Appendix to the Court's individual rules of practice are suspended, and the parties shall file a comprehensive sealing motion within 14 days after Plaintiff's filing of a reply.

The parties shall follow a similar practice with respect to any later-filed motions (including Plaintiff's pending motion at Dkt. 168 to supplement the complaint); however, if either party believes that such procedure should not be implemented for any particular motion, that party shall meet and confer with the other party and the parties shall file a letter with their agreed-upon position or their separate positions.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 167 and 173.

SO ORDERED.

_______________________________
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2026
New York, New York

Copies transmitted this date to all counsel of record.