**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIRECTV, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA GROUP, INC.; MISSION BROADCASTING, INC.; and WHITE KNIGHT BROADCASTING, INC.<br><br>Defendants. | Case No. 1:23-cv-02221-PKC-RWL<br><br>**DECLARATION OF RYAN TANSEY** |

RYAN TANSEY declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at King & Spalding LLP and counsel to Plaintiff DIRECTV, LLC ("DIRECTV") in this case. I submit this declaration in support of DIRECTV's motion to compel the production of documents by Defendants Nexstar Media Group, Inc. ("Nexstar"), Mission Broadcasting, Inc. ("Mission"), and White Knight Broadcasting, Inc. ("White Knight") (collectively, "Defendants").

2. Attached hereto as **Exhibit A** is a true and correct copy of DIRECTV's August 28, 2026 letter challenging Defendants' privilege designations, including the withholding of communications between Eric Sahl and Nexstar personnel concerning retransmission-consent negotiations.

3. Attached hereto as **Exhibit B** are true and correct copies of letters dated September 4, 2026, sent by Defendants Mission and White Knight in response to DIRECTV's August 28 letter challenging Defendants' privilege designations. Nexstar did not respond to the August 28 letter. Instead, Nexstar served three additional privilege logs, on September 4, October 2, and

October 19, and issued two clawbacks, on September 11 and October 19, encompassing a total of 751 documents.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 30, 2026, in New York, New York.

/s/ ______________________
Ryan Tansey