KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

October 30, 2026

**VIA ECF**

Hon. Robert W. Lehrburger
Daniel Patrick Moynihan U.S. Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, No. 1:23-cv-02221-PKC-RWL

Dear Judge Lehrburger:

Pursuant to Rule III.H of Your Honor's Individual Practices in Civil Cases, Plaintiff DIRECTV, LLC respectfully requests oral argument on its Motion to Compel, filed concurrently with this letter.

Respectfully submitted,

/s/ *Laura Harris*

Laura Harris
Olivier N. Antoine
Joshua Hazan
Ryan Tansey
KING & SPALDING LLP
1290 Avenue of the Americas
New York, NY 10104-0101
Tel: (212) 556-2100
lharris@kslaw.com
oantoine@kslaw.com
jhazan@kslaw.com
rtansey@kslaw.com

*Counsel for Plaintiff DIRECTV, LLC*

Cc: All Counsel of Record (via ECF)