UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIRECTV, LLC, Plaintiff, - against - NEXSTAR MEDIA GROUP, INC., MISSION BROADCASTING, INC., and WHITE KNIGHT BROADCASTING, INC., Defendants. | : | 23-CV-2221 (PKC) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on November 4, 2026, and for the reasons stated thereat:

1. Plaintiff's motion to supplement at Dkt. 168 is GRANTED.

2. Defendants' motion to extend discovery at Dkts. 183 and 184 is GRANTED. The deadline for all fact discovery of parties and non-parties, except depositions and requests to admit, is extended to **January 29, 2027**.

a. DTV and Nexstar shall each make rolling productions every two weeks.

b. Nexstar shall complete its non-custodial productions by **November 20, 2026**, and shall produce all predicted-responsive families without privilege hits by **December 31, 2026**.

c. Each party shall substantially complete production by **January 29, 2027**, and shall serve their privilege logs by **March 1, 2027**.

d. The Court will hold a status conference in or about February 2027.

e. The parties shall not issue any additional document requests absent leave of Court.

3. The parties' respective motions to compel at Dkts. 175, 176, and 194 are resolved as per the record.

4. Plaintiff's motion at Dkt. 209 to modify the briefing schedule for its motion to compel documents withheld as privileged (*see* Dkt. 202) is GRANTED IN PART. Defendants shall file their opposition by **November 20, 2026**. Plaintiff shall file its reply by **December 2, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 168, 175, 176, 183, 184, 194, 209.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2026
New York, New York

Copies transmitted this date to all counsel of record.