LYNN PINKER HURST SCHWEGMANN

CHRIS SCHWEGMANN
*Partner*

D 214 981 3835
F 214 981 3839
cjs@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
lynnllp.com

November 6, 2026

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: DIRECTV, LLC v. Nexstar Media Group, Inc., et al., No. 1:23-cv-02221-PKC-RWL (S.D.N.Y.)**

Dear Judge Castel:

Defendants Nexstar Media Group, Inc., Mission Broadcasting, Inc., and White Knight Broadcasting, Inc. respectfully request that the Court adjourn the Case Management Conference set for November 12, 2026 at noon. ECF 99 ¶ 12.

The Scheduling Order tied that conference to the close of document discovery on November 6, 2026. It directed the parties to submit a proposed deposition schedule and a proposed expert discovery schedule five days before the conference. ECF 99 ¶¶ 5, 6(c), 7, 12. That sequence has now moved. On November 4, Magistrate Judge Lehrburger granted Defendants' motion to extend discovery and extended the deadline for all fact discovery, other than depositions and requests to admit, to January 29, 2027. ECF 213 ¶ 2. His order provides that the Court will hold a status conference in or about February 2027. *Id.* ¶ 2(d). At the November 4 conference, Judge Lehrburger adopted the schedule Nexstar proposed in ECF 192: a status conference in late February 2027, after the January 29 deadline, with the submissions required by ECF 99 ¶¶ 6(c) and 7 due five days before that conference.

The November 12 conference therefore has no remaining business. The deposition and expert schedules it was set to address are now due in advance of the February conference, after document discovery closes. The parties did not ask Judge Lehrburger on November 4 to adjourn the November 12 conference, and his order does not address it.

Defendants therefore request that the Court (1) adjourn the November 12, 2026 conference, or to a date after the February 2027 status conference convenient to the Court; and (2) confirm that the submissions under ECF 99 ¶¶ 6(c) and 7 are due five days before the February 2027 status conference, as Judge Lehrburger directed.

The conference was set on March 11, 2026, and memorialized in the Scheduling Order. ECF 99 ¶ 12. DIRECTV does not oppose this request.

We thank the Court for its consideration.

Respectfully submitted,

Christopher J. Schwegmann
Lynn Pinker Hurst & Schwegmann, LLP
Counsel for Nexstar Media Group, Inc.

*<u>/s/ Stephen J. Obermeier</u>*
Stephen J. Obermeier
Wiley Rein LLP
Counsel for Mission Broadcasting, Inc.

*<u>/s/ Kan M. Nawaday</u>*
Kan M. Nawaday
Venable LLP
Counsel for White Knight Broadcasting, Inc.

cc: The Honorable Robert W. Lehrburger (via ECF)
All Counsel of Record (via ECF)