KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104

October 2, 2026

The Court provisionally grants the motion to seal.
SO ORDERED.
Dated: 11-10-2026

P. Kevin Castel
United States District Judge

**VIA ECF**

Hon. P. Kevin Castel
Daniel Patrick Moynihan U.S. Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DIRECTV, LLC v. Nexstar Media Group, Inc. et al.*, No. 1:23-cv-02221-PKC

Dear Judge Castel:

On behalf of Plaintiff DIRECTV, LLC ("DIRECTV"), I write in relation to the above-captioned matter. DIRECTV respectfully moves, pursuant to Rule 5.B of Your Honor's Individual Practices, to file under seal unredacted copies of Exhibits A and B to the Declaration of Laura Harris, attached to DIRECTV's Motion to Supplement the Complaint, and to publicly file a partially redacted version of the same.

DIRECTV has filed a Motion to Supplement the Complaint. In connection with that Motion, and as required by this Court's Local Rule 15.1(a), DIRECTV has attached to the Motion a clean copy of the proposed supplemental complaint (Exhibit A) and a version that shows through redlining all differences from original complaint (Exhibit B). Each of these contain redactions that are narrowly tailored and designed to prevent public disclosure of competitively sensitive, confidential business information in accordance with confidentiality provisions in DIRECTV's contracts with Defendants.

Courts in this District routinely grant requests to seal or redact documents to prevent the disclosure of confidential business information, such as the "terms of [] contracts," that could enable competitors to "undercut [a litigant] in future negotiations" or otherwise "harm [a litigant's] competitive standing." *Graczyk v. Verizon Commc'ns, Inc.*, No. 18 Civ. 6465 (PGG), 2020 WL 1435031, at *8-9 (S.D.N.Y. Mar. 24, 2020) (internal quotation marks and citation omitted). Indeed, the proposed redactions in Exhibits A and B are the exact same redactions as in the original Complaint filed by DIRECTV. *See* ECF 1. This Court has already granted motions to seal where filings have relied on the redacted information in the original complaint. *See* ECF 57, 62, 68.

For those reasons, DIRECTV respectfully requests that the Court grant the instant motion to seal.

Respectfully submitted,

/s/ *Laura Harris*
Laura Harris
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
lharris@kslaw.com

*Counsel for Plaintiff DIRECTV, LLC*

Cc: All Counsel of Record (via ECF)